Mark Mizrahi (CA State Bar No. 179384)
Brooks Kushman P.C.
6701 Center Drive West
Suite 610
Los Angeles, CA 90045
Phone: (310) 348-8200
Facsimile: (310) 846-4799

*Of Counsel:*
Mark Cantor (MI State Bar No. P32661)
Marc Lorelli (MI State Bar No. P63156)
Tom Cunningham (MI State Bar No. P57899)
Brooks Kushman P.C.
1000 Town Center
Twenty-Second Floor
Southfield, MI 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

*Attorneys for Plaintiff*

FILED
2009 JUL 24 PM 3:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

INNOVATION VENTURES LLC. a Michigan limited liability company,

    Plaintiff

vs.

HOODIAMAX USA, a Virginia corporation, and THOMAS McCABE, an individual,

    Defendants.

Case No. **CV09-5426 AHM(SHx)**

**COMPLAINT FOR TRADEMARK INFRINGEMENT AND RELATED CAUSES**

**DEMAND FOR JURY**

Plaintiff, Innovation Ventures, alleges as follows for its complaint:

## I. THE PARTIES AND JURISDICTION

1.  Plaintiff Innovation Ventures, LLC ("Innovation Ventures" or "Plaintiff") is a Michigan limited liability company, having its principal offices at 38955 Hills Tech Drive, Farmington Hills, Michigan 48331.

2.  On information and belief, Defendant Hoodiamax USA ("Hoodiamax") is a Virginia corporation with a principal place of business at 22960 Shaw Road, Sterling, Virginia 20166, and an address in California at 1258 Woodbury Court, #D, Upland, California 91786. Defendant Thomas McCabe ("McCabe") has a residence in Virginia, is in control of Defendant Hoodiamax and also induces and/or directs the acts of Defendant Hoodiamax USA complained of herein. Collectively McCabe and Hoodiamax may be referred to as ("Defendants").

3.  Defendants distribute, offer for sale and/or sell dietary supplements in 2-ounce shot form in the United States, in the State of California, and in this District. Defendants also operate the website www.hoodiamax.com where dietary supplements in two ounce shot form can be purchased in the United States and in this District. The website prominently displays the name and image of Defendant McCabe.

4.  This Court has subject matter jurisdiction over the claims herein pursuant to 15 U.S.C. § 1121, 28 U.S.C. §1331, and 28 U.S.C. § 1338(a) and (b), *et seq.* in that this case arises under the trademark laws of the United States, and the Court's supplemental jurisdiction extends to the state law claims under 28 U.S.C. § 1367.

5.  This is a civil action for trademark infringement and unfair competition arising under the Trademark Act of 1946, as amended, 15 U.S.C. § 1125.

6. This Court has personal jurisdiction over the Defendants because the Defendants are conducting business in the State of California. To the extent not already established on the record in hand, the factual contentions of the above paragraphs are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## II. FACTUAL BACKGROUND

### A. Innovation Ventures And Its Asserted Trademark

7. Innovation Ventures is a national marketer and distributor of nutritional and dietary supplements.

8. Innovation Ventures is the owner of the 5-HOUR ENERGY® trademark. The 5-HOUR ENERGY mark has been used by Innovation Ventures in the United States since at least 2004 as a trademark for use with the 5-HOUR ENERGY® product.

9. Innovation Ventures has used the 5-HOUR ENERGY® trademark continuously since at least 2004 to the present. The 5-HOUR ENERGY® product is sold at over 100,000 retail locations nationwide and is widely available on the Internet. Sales of the 5-HOUR ENERGY® product since 2004 have amounted to well over $400 million dollars. Further, Innovation Ventures has spent over $100 million in advertising and promoting the 5-HOUR ENERGY® product. As such, the 5-HOUR ENERGY® mark is inherently distinctive and/or has acquired distinctiveness in the marketplace as a trademark.

10. The 5-HOUR ENERGY® Trademark symbolizes the business goodwill of Innovation Ventures, and is an intangible asset of substantial commercial value.

11. As a result of its continuous use and extensive sales, advertising and promotion of the 5-HOUR ENERGY® trademark by Innovation Ventures, its authorized dealers, licensees, and distributors, the 5-HOUR ENERGY® Trademark enjoys worldwide recognition, is recognized by the public as emanating from Innovation Ventures, and is famous.

12. The 5-HOUR ENERGY® trademark as used on Innovation Ventures' products is illustrated below.

 

**B. Defendants' Activities**

13. Subsequent to Innovation Ventures' use of the 5-HOUR ENERGY® Trademark as above alleged, and with actual knowledge of Innovation Ventures' use of the 5-HOUR ENERGY® Trademark, and with the express intent to misrepresent the source of Defendants' goods, Defendants adopted a confusingly similar trademark and color scheme on their packaging in connection with the advertising, offering for sale and sale of supplements in the United States, in the State of California, and this District. A photograph of Defendants' packaging for their "Day" and "Night" products are illustrated below:

14. Defendants' packaging prominently features the trademark 5 HOUR APPETITE SUPPRESSANT with a "TM" symbol. The "Day" product includes the phrase 5 HOUR APPETITE SUPPRESSANT PLUS ENERGY. Defendants' use of these trademarks and phrases is without consent, license, approval or other authorization from Innovation Ventures.