# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV09-05426-AHM (SHx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | INNOVATION VENTURES LLC v. HOODIAMAX USA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Mizrahi<br>Mark Canto (via tel.) | Daniel M. Cislo<br>Kelly Cunningham |

**Proceedings:**       SCHEDULING CONFERENCE

Scheduling conference held.

The Court orders the parties to submit a revised stipulated schedule of pretrial and trial dates.

Court orders the limited dates as indicated on Scheduling and Case Management Order filed this date and refers this matter to Magistrate Judge Stephen Hillman for settlement purposes. Plaintiff shall notify Magistrate Judge Hillman immediately of the Court's referral and presumptive schedule and file a status report with this Court confirming same. At the conclusion of the mediation, plaintiff shall file another status report notifying the Court of the outcome.

All DOES/ROES are dismissed.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | | SMO |