# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES LLC. a Michigan limited liability company,<br><br>    Plaintiff<br><br>  vs.<br><br>HOODIAMAX USA, a Virginia corporation, and THOMAS McCABE, an individual,<br><br>    Defendants.<br>_____<br>HOODIAMAX USA, a Virginia corporation,<br><br>    Counterclaimant,<br><br>  vs.<br><br>INNOVATION VENTURES LLC. a Michigan limited liability company,<br><br>    Counter-defendant<br>_____ | Case No. CV 09-5426 AHM (SHx)<br><br>**ORDER AMENDING SCHEDULING AND CASE MANAGEMENT ORDER** |

1  Plaintiff, Innovation Ventures LLC ("Plaintiff"), and defendants, Thomas
2  McCabe and Hoodiamax USA ("Defendants"), having filed a stipulation to amend
3  some of the dates set by the Court at the November 23, 2009 Case Management
4  Conference;

6  GOOD CAUSE appearing therefore;

8  IT IS HEREBY ORDERED that the dates set forth in the Scheduling and
9  Case Management Order entered by the Court on November 23, 2009 are hereby
10 amended in accordance with the Amended Schedule of Pretrial Dates attached hereto
11 as Exhibit A.

13 Dated: November 25, 2009

The Honorable Howard A. Matz,
United States District Judge

# EXHIBIT A

## JUDGE A. HOWARD MATZ
## AMENDED SCHEDULE OF PRETRIAL DATES

| Matter | Time | Weeks before trial | Present Dates | Requested Dates | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) Estimated length: 5 days | 8:00 a.m. |  | 10/19/10 | 11/02/10 | 11/2/10 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony |  | -1 | TBS | 10/25/10 | N/A |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. | -2 | TBS | 10/18/10 | 10/18/10 |
| Lodge Pretrial Conf. Order File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement |  | -4 | TBS | 10/04/10 | 10/4/10 |
| Last day for hand-serving Motions in Limine |  | -6 | TBS | 9/20/10 | 9/20/10 |
| Last Day to Meet Before Final Pretrial Conference (L.R. 16-2) |  | -10 | TBS | 8/23/10 | 8/23/10 |
| Last day for hearing motions | 10:00 a.m. | -10 | TBS | 8/23/10 | 8/23/10 |
| Last day for hand-serving motions and filing (other than Motions in Limine) |  | -14 | TBS | 7/26/10 | 7/26/10 |
| Non-expert Discovery cut-off |  | -16 | 7/12/10 | 7/12/10 | 7/12/10 |
| Expert discovery cutoff |  | -8 | TBS | 9/07/10 | 9/7/10 |
| Rebuttal Expert Witness Disclosure [see Report clarification] |  | -11 | TBS | 8/16/10 | 8/16/10 |
| Opening Expert Witness Disclosure [see Report clarification] |  | -15 | TBS | 7/19/10 | 7/19/10 |
| Last day to conduct Settlement Conference |  |  |  |  | N/A |
| Last Day to Amend Pleadings or Add Parties |  |  |  |  | N/A |

# EXHIBIT A

4