O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5426 AHM (SHx) | Date | December 8, 2009 |
|---|---|---|---|
| Title | INNOVATION VENTURES LLC v. HOODIAMAX USA, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On November 4, 2009, Plaintiff Innovation Ventures, LLC moved to dismiss the counterclaims brought by Defendants Hoodiamax USA and Thomas McCabe. For the reasons stated on the record at the hearing on December 7, 2009, the Court DENIES Plaintiff's motion.[1]

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1]Docket No. 26.