1  Daniel M. Cislo, Esq., No. 125,378
2  Kelly W. Cunningham, Esq., No. 186,229
   CISLO & THOMAS LLP
3  1333 2nd Street, Suite 500
   Santa Monica, California 90401-4110
4  Telephone:  (310) 451-0647
   Telefax:  (310) 394-4477
5  Email:  dancislo@cislo.com
           kcunningham@cislo.com
6  Attorneys for Defendant and
7  Counterclaimant HOODIAMAX USA
   and Defendant THOMAS McCABE
8
9
10            **UNITED STATES DISTRICT COURT**

              **CENTRAL DISTRICT OF CALIFORNIA**
11
12 INNOVATION VENTURES LLC,        )  CASE NO. CV 09-5426 AHM (SHx)
                                   )
          Plaintiff,               )
13                                 )
                                   )  **PROOF OF SERVICE ON**
   vs.                             )  **DEFENDANTS HOODIAMAX USA**
14                                 )  **AND THOMAS McCABE OF**
   HOODIAMAX USA, etc., et al.,    )  **COURT'S ORDER GRANTING**
15                                 )  **CISLO & THOMAS'S MOTION TO**
          Defendants.             )  **WITHDRAW**
16                                 )
                                   )
17                                 )
                                   )
18                                 )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21 _____ )
                                   )
22 AND RELATED COUNTERCLAIMS       )
23
24
25
26
27
28

1    Cislo & Thomas LLP attaches hereto as Exhibit 1 a true and correct copy

2    of the March 3, 2010 proof of service on Defendants HoodiaMax USA and

3    Thomas McCabe of the Court's order granting Cislo & Thomas's motion to

4    withdraw as counsel of record for the named Defendants.

5

6                                              Respectfully submitted,

7                                              CISLO & THOMAS LLP

8

9    Dated: March 3 , 2010         By:   _____

                                          Daniel M. Cislo, Esq.

10                                         Kelly W. Cunningham, Esq.

11   T:\09-22831\Proof of service of Court's order granting withdrawal of C&T as attorney of record.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

1

## PROOF OF SERVICE

2

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the
3  above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

4     On Wednesday, March 3, 2010, I served:

5  **ORDER GRANTING CISLO & THOMAS'S MOTION TO WITHDRAW AS COUNSEL
   OF RECORD FOR DEFENDANTS HOODIAMAX USA AND THOMAS McCABE**

6
      addressed as follows to:
7

8
|  |  |
|---|---|
| Mark B. Mizrahi, Esq. | Mark A. Cantor, Esq. |
| BROOKS KUSHMAN P.C. | BROOKS KUSHMAN P.C. |
| 6701 Center Drive West, Suite 610 | 1000 Town Center, 22nd Floor |
| Los Angeles, California 90045 | Southfield, Michigan 48075 |
| Email: mmizrahi@brookskushman.com | Email: mcantor@brookskushman.com |
| | |
| Tom McCabe | HoodiaMax USA |
| c/o HoodiaMax USA | 45189 Shaw Road, #100 |
| 45189 Shaw Road, #100 | Ashburn, Virginia 20145 |
| Ashburn, Virginia 20145 | Email: tom.mccabe2008@googlemail.com |
| Email: tom.mccabe2008@googlemail.com | |

9

10

11

12

13

14
☐     **BY MAIL**:    I am readily familiar with the Firm's practice of collecting and processing correspondence
      for mailing.  Under that practice, it would be deposited with the United States Postal Service on these
15    allegations day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of
      business.  I am aware that, on the motion of the party served, service is presumed invalid if the postal
16    cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing
      shown on this proof of service.

17
☒     **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via
18    overnight delivery to all parties named above.

19
☒     **BY ELECTRONIC SERVICE**:   An electronic copy of this document was sent to the above email
      address(es).

20
☐     **BY PERSONAL SERVICE**:    I caused such envelope to be delivered by hand to the person(s) identified
21    above.

22    I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I
      am employed in the office of a member of the Bar of this Court at whose direction the service was made.

23
      Executed on Wednesday, March 3, 2010, at Los Angeles, California.
24

25

26                                              _____
                                                Christopher Eckart
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS PAGE INTENTIONALLY LEFT BLANK**

## PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action.  My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On Wednesday, March 3, 2010, I served:

**PROOF OF SERVICE ON DEFENDANTS HOODIAMAX USA AND THOMAS McCABE OF COURT'S ORDER GRANTING CISLO & THOMAS'S MOTION TO WITHDRAW**

addressed as follows to:

Mark B. Mizrahi, Esq.
BROOKS KUSHMAN P.C.
6701 Center Drive West, Suite 610
Los Angeles, California 90045
Email: mmizrahi@brookskushman.com

Mark A. Cantor, Esq.
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Email: mcantor@brookskushman.com

Tom McCabe
c/o HoodiaMax USA
45189 Shaw Road, #100
Ashburn, Virginia 20145
Email: tom.mccabe2008@googlemail.com

HoodiaMax USA
45189 Shaw Road, #100
Ashburn, Virginia 20145
Email: tom.mccabe2008@googlemail.com

☐   **BY MAIL**:   I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on these allegations day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business.  I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☒   **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via overnight delivery to all parties named above.

☒   **BY ECF SERVICE**:  An electronic copy of this document was sent to the above named attorneys via the Electronic Court Filing (ECF) procedure provided by this Court.

☒   **BY ELECTRONIC SERVICE**:  A copy of this document was sent to the named defendants above.

☐   **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the person(s) identified above.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Wednesday, March 3, 2010, at Santa Monica, California.

Christopher Eckart